UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASHUTOSH SHARMA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-2486-X |
| | § | |
| AMAZON WEB SERVICES, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## FINAL JUDGMENT

The Court has entered its *Memorandum Opinion and Order* granting summary judgment for Amazon Web Services ("Amazon") [Doc. 34]. Therefore, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that Plaintiff Ashutosh Sharma's claims and causes of action against Defendant Amazon are **DISMISSED WITH PREJUDICE.**

Each party shall bear its own fees, and defendants shall be awarded costs.[1] All relief not expressly granted is denied. This is a final judgment.

**IT IS SO ORDERED** this 17th day of July 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] *See* FED. R. CIV. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party.").

1